**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-02119-REB-MJW

RICHARD F. SCHADEN,

     Plaintiff,

v.

AVENUE CAPITAL MANAGEMENT II, L.P. and
FORTRESS INVESTMENT GROUP, LLC,

     Defendants.

---

**MINUTE ORDER**[1]

---

The matter is before the court on plaintiff's **Unopposed Joint Motion to Stay Proceedings Pending Motion to Consolidate With Related Case** [#27][2] filed September 18, 2014.  After reviewing the motion and the record, the court has concluded that the motion should be granted.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That plaintiff's **Unopposed Joint Motion to Stay Proceedings Pending Motion to Consolidate With Related Case** [#27] filed September 18, 2014, is **GRANTED**;

     2.  That all proceedings in this case are stayed until the earlier of either forty-five (45) days from the date of this motion is filed or ten (10) days after the parties receive the court's ruling in Case No. 14-cv-02031-PAB-KLM on the Unopposed Motion to Consolidate;

     3.  That if the parties receive a decision denying the motion to consolidate before the expiration of forty-five (45) days, counsel will notify the court so that the stay can be

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#27]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

lifted and the deadlines in the case reset; and

4.  That if the parties receive a decision denying the motion to consolidate before the expiration of forty-five (45) days, plaintiff's response to the motion to dismiss in this case shall be due ten (10) days from the date of that order.

Dated:  September 19, 2014